**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2022

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____ TBD

(To be supplied by the court)

Jason Shelton #A0323265 Criminal Justice Center
2739 East Las Vegas Street C/S CO 80906 , Plaintiff,

v.

Colorado Springs Police Department

Jury Trial requested:
(please check one)
☒ Yes ___ No

TBD #① _____,

TBD #② _____,

TBD #③ _____, Defendant(s).

Names of 3 CSPD
officers TBD
Police Operations Center
705 S Nevada Ave
Colorado Springs CO
80903

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jason Shelton #A0323265 Criminal Justice Center

(Name, prisoner identification number, and complete mailing address)

2739 East Las Vegas Street Colorado Springs CO 80906

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

**X**   Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

___   Convicted and sentenced state prisoner

___   Convicted and sentenced federal prisoner

**X**   Other: (*Please explain*)   Parole Hold

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Colorado Springs Police Department

(Name, job title, and complete mailing address)

705 S. Nevada Ave Colorado Springs CO 80903

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

3 officers pursuing another suspect let a k-9 loose, k-9 attacked me a bystander, dragged me into traffic then I was run over by

Defendant 1 is being sued in his/her **X** individual and/or **X** official capacity.

a car and then arrested after a blackout I'd Imagine in which I ended up in the emergency room. Then the officers unknown covered up the crime they committed

Defendant 2: _____

_____ (Name, job title, and complete mailing address)

_____

*Please assist with identifying the 3 to officers CSPD*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: _____

_____ (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes X No (*check one*).  Briefly explain:

_____

_____

Defendant 3 is being sued in his/her X individual and/or X official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X   Other: (*please identify*) Monell Claim, 1985 Unwarranted Search and Seizure, false arrest and Imprisonment, 1983 Conspiracy to obstruct Justice, police brutality, gross negligence and misconduct!

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   *See Attachments*

Supporting facts:

Exhibit A.

Exhibit B.

Exhibit C.

Exhibit D.

Exhibit E.

4

①

CASE 2021 M 4311 misdameaner
CRS 18-8-104

Exhibit A.

6-20-2021                              obstructing A peace officer

I came Across Acoding Im on Galley I was on
my own bike Allready I show That Bike 4 mile Back
It Statis That They Were Called Too burglary call at a
commercial building "The statement They make" Mr smilton was sam running
from The building" I was know Were Around The building I was
on The Side of The mall Allready Know were Near 3510 Galley RO
Resadent" I was Across The road on The Side The mall is
on And That IS When I saw A Guy running out pass The
Building 4 lans Across From were I was Allready now Im
on The Side The mall is on. A Lady cop Told her
supect To freez" not me. I was not The one Running
Im on my own Bike And on The Athor side of The street
Across 4 lanes of Traffic cops cams Don't list right
AS She Told her supect Too freez he ran Across The 4 Lanes
of Traffic Too The Side That Im on There Supected ran
passt me I saw That perp get Away At This Time Im
Being Attaced Bewy A police K9 Dog police officer. when
The officer Attaced met he Dreg me off The Bike That
I was Allready on Back. 4 miles Ago And The
Police officer continued To Drag me into on come Trafic
At This Time Im sceeming for my life Becous Im Being
Dreg into Trafic Bewy This Time It handler cam and
grad The police Dog And Then he is Pulling on The K9
police officer and he is Pulling me into on coming
Traffic At This Point Im Pedced In Traffic And
Then Another police office Puts his knees In my
Back. And Then The next Thing I know I get

③

ran over Buy Whight car. Both of my
legs. And They Did Pull The Whight car over
That person Would Be A witness Right. Iv got
Bone Spirz Through out my Feet In my hills I can
Barly walk on Them At All evr Step Is painful
for me And The cops came Don't lie Right.

They said I utilized A Bike "I" was on A Bike mine "
It was never running on Foot From Them That A lie evr
Word They said was a lie They wer chasing
someone els Ther suspect ran past me It will show That
on The cops cams And I said At The end of The papper
It so states. It was determined he was not part of The
Burglary But was running Due To The Fact That he had
a failure appear warrant

That was A Bullshit lie I Did not Know What
was going on

Police Brotality All The way failuar Too get me out
of harms way. After They made a mistake Buy getting The wrong
person They Tryed Too cover The Thing up I was never seen
running from any of said Burding. I never utilized A Bike
I had my Bike and I was riding my Bike When I
was Attaced They made a mistake Buy loseing Ther
perp. And Used me Too cover Ther mistake up. And when
The police officer And handler pulled me in Too Traffic
The other cop Put his Knees In my Back And Then
I got ran over By A Whight Car The Guy
In The car Will Be a Whitness on my Part

③

he or she Was The one That ran me over Why
Whould They even keep me in harms Way After
Being Attaced Buy A police K9 unit It Was
not me They were After To Begin With I Was
Across The road   4 lanes of Traffic on
The mall side   Im on The mall Side The hole Time
They Sead I Was Seen running from The Bulldlng
Across The Stret "ThaT Was A lie" I can prov It
They Sead They Was responding Too A Burglary And
Seen me running  Thats Another lie "I can prov It
"mall Side Im on hole Time"
They Sead officer persued me "It Was not me They were After
They Were persueing Someone elas "I can prov It cops
cams Don't lie"
They Turned Thar K9 Unit lose on a Suspect
That got Away And It Attaced me Instead And
Drug me Into on comeing Traffic And Then The handler
come Too K9 and Then he continued To pull me into
oncomeing Traffic Wen The Athar police office got Thar he put
Knes in Back a Then I got Both of my legs
ran over "cops cams Don't lie IV Started
my lawsuit up
I fill like The DA is Trying Too protect protecei
The cops That Did me This Way. It almost like
he is Trying Too portecd a crimnal orgnizions.
That Being Sead can I give him A Law suit
As Well. The next pg. The ADress on This next
Importen.           →

④

① Internal Affairs Raphael Chanza Police
operations center 705 S Nevada Ave Colorado Springs
co 80903

② county Attorney office 200 S cascde Ave
colorado springs co 80903

③ El paso county Sheriffs office 27 E Vermijo
colorado springs co 80906.

④ city Attorney office 224 E Kiowa Suit 410
colorado springs co 80903

⑤ Police Records 705 S Nevada Ave C/S co
80903         For EVadents police cams

This is For Yesons of Law Suit And
EVadents so I can prov My Inasents
I Allready got 2 pag.s off of From
The 4th Judiciel District serving Elpaso county A Total Long TAS
michael J. Allen, District Attorney
of 48 cops That Bad News CSPD Aloac
And Then you got 30 in The Elpaso county
Sheriff's office That is Working Still Today.
how crazy is ThaT.

Jason Shelton
# A0323285

Criminal Justice Center
2739 E Las Vegas St
Colorado Springs CO 80906

Exhibit B
Statement of facts
8/31/22

Notice of intent to bring Lawsuit against
El Paso County Sheriffs, and Colorado Springs Police,
Wellpath llc, Criminal Justice Center.

To the County Attorney 200 S Cascade Ave
Colorado Springs CO 80903, to City Attorney,
To Colorado Springs Police, Internal Affairs, El Paso Sheriff County.

On 6/20/2021 I was out riding my
bike when my chain came loose. I stopped
on galley just west of academy to fix
my bicycle. I heard some comotion
coming from the apartments called
Murry Hill. A man wearing dark clothes,
carrying some sort of brown package
that was blocking his face was running
in my direction crossing four lanes of
traffic and as he passed me the next
thing I know is I'm being tagged
and dragged off my bike into galley
against oncoming traffic. I at this
point panikky and I'm screaming because
a police k-9 unit german shepard
is latched onto my arm and I'm in
pain with cars coming at me!

page. 1.

The female CSPD officer who told the suspect to Freeze who got away watched as two male CSPD officers pinned me down with knees in my back in the middle of the street while they attempted to pull the dog /k9 unit off my arm a car runs my legs over...

I soiled myself and can't remember nothing after this or how I get to medical care until I woke up in the hole in the Criminal Justice Center because I went into shock from the pain and traumatic experience. It says on my parole document in the police report that it was later determined that I had nothing to do with the suspect who was being pursued by CSPD from the apartments.

I had not committed nor was in the process of committing a crime at all and I also never ran from the police. I was stopped, straddling my bike working on fixing the chain,

and was simply in the wrong place at the wrong time... I was actually charged with a parole violation for this for obstruction of justice and now have major PSTD and nerve damage.

I am sending copies of this to internal affairs at CSPD police operation center to get the names of the officers involved, To acquire the police reports for the other incident and the body cams. This injustice needs to be fully investigated and all parties are responsible for civil damages and the misconduct that resulted in gross negligence as well as serious bodily injury!

I will also be using this letter to inform, show intent, and request records for investigatory purposes for lawsuits against El Paso County Sheriffs as well as Wellpath llc for ignoring my medical injuries!

Regretfully, Sawsteed

page. 3.

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _See Attached_

Docket number and court:  _Yellow Pages_

Claims raised:  _Civil Dist. Complaint_

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _lawsuit Newly Recently_

Reasons for dismissal, if dismissed:  _Filed as well_

Result on appeal, if appealed:  _____

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Summary Judgement
Monell Claim, failure to train
Nominal Damages, declaration of Injury,
Monitary Damages, PTSD
Intentional Infliction of Emotional Distress
Pain and Suffering, Mental Anguish
Actual Damages, medical Damages
Punitive Damages, And whatever
else the court sees fit! TYVM

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Jason Whelton
(Plaintiff's signature)

4/13/22
(Date)

(Revised February 2022)

6

*Exhibit C*

DATE: 06/09/2021

**Page 1 of 4**
PAROLEE INITIALS: _____

## Complaint

State of Colorado
Parole Office Revocation Proceedings

Parole Region: SOUTHEAST

NUMBER: 231319C

CRS 17-2-103

X_ Absconder     X_ New Charge Pending     __ New Conviction     X_ Amended
PURSUANT TO COLORADO REVISED STATUTES, AS AMENDED
CRS 17-2-103     CRS-17-2-103     CRS-17-2-103

DATE FILED WITH BOARD: 08/10/2022

__ Summons     _X Arrest/Hold     __ Warrant Requested     __ Interstate Compact

HOLD DATE: 08/09/2022

**THE UNDERSIGNED KNOWS OR BELIEVES AND SO ALLEGES THAT:**

SHELTON, JASON - #181837 - 01/04/1983
Name-DOC NUMBER-DATE OF BIRTH

EFFECTIVE DATE: 02/17/2021

On Parole from COLORADO DEPARTMENT OF CORRECTIONS
    has violated the condition(s) of supervision as described herein

DATE ORIGINAL FILED: 06/09/2021

**Violation: Residence-Changing without notice or permission**
**CONDITION: 2b   Residence   .Parolee shall establish a residence of record and shall reside at such residence in fact and on record. Parolee shall not change his/her residence without giving prior notification to his/her Community Parole Officer, and shall not leave the state paroled to without permission of the Community Parole Officer.**
COUNT #1:
On 05/18/2021, SHELTON, JASON #181837 changed his/her residence of record without giving prior notification to his/her Community Parole Officer; offender changed his claimed residence of record 25 west las vegas street cos co 80903, offender has never stayed at this listed residence. confirmed through staff at the springs rescue mission homeless shelter. o has never called into cwise, no current phone number and or email to attempt contact with offender.  offender does not have employment.  all attempts to locate offender have been exhausted, offenders whereabouts were unknown until he was contacted and arrested per cpsd on 06212021.

**Violation: CWISE - 3 consecutive missed calls**
**CONDITION: 3d   Conduct   Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen. Parolee shall follow the directives of and cooperate with the Community Parole Officer.**
COUNT #1:
On 06/21/2021, SHELTON, JASON #181837 missed a third consecutive check-in call to C-WISE; offender has never completed a check in with cwise the entire term.

**Violation: Misdemeanor violations - No weapon**
**CONDITION: 3c   Conduct   Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Parolee shall follow the directives of and cooperate with the Community Parole Officer.**
COUNT #1:
On 04/01/2021, SHELTON, JASON, #181837 at N Nevada Ave and E Dale St, Colorado Springs, Colorado committed the crime of Controlled Sub-poss Sch I/ii/iii/iv/v C.R.S. 18-18-403.5(1),(2),(C) Case#2021M2780, a misdemeanor not involving a weapon; On 04/01/2021 CSPD Officers found Mr. Shelton to be in possession of 2.44 grams of methamphetamines. This charge is a drug misdemeanor class 1.

**CONDITION: 3c   Conduct   Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Parolee shall follow the directives of and cooperate with the Community Parole Officer.**
COUNT #2:
On 04/01/2021, SHELTON, JASON, #181837 at N Nevada Ave and E Dale St, Colorado Springs, Colorado committed the crime of Obstructing A Peace Officer C.R.S. 18-18-104(1)(a) Case #2021M2780, a misdemeanor not involving a weapon; On 04/01/2021 CSPD Officers attempted to conduct an investigatory stop on Mr. Shelton. As Officers directed Mr. Shelton to stop, he began to run from officers. This charge is a class 2 misdemeanor.

**CONDITION: 3c   Conduct   Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Parolee shall follow the directives of and cooperate with the Community Parole Officer.**
COUNT #3: *This is all A 12 Boy from the cops I was on the other side of the 4 lanes of traffic*
On 06/20/2021, SHELTON, JASON, #181837 at 3510 Galley RD, Colorado Springs, Colorado committed the crime of Obstructing A Peace Officer C.R.S. 18-8-104(1)(a) Case #2021M4311, a misdemeanor not involving a weapon; CSPD had responded to a burglary in progress call at a commercial building. As they arrived Mr. Shelton was seen running from the building. Officer pursued Mr. Shelton as he continued to run from officers and then utilized a bike to get away from officers. Officers utilized a K9 unit to apprehend Mr. Shelton. After contact was made with Mr. Shelton, it was determined he was not apart of the burglary but was running due to having a felony failure to appear warrant.

*as [illegible handwritten notes in left margin]*

**Violation: Report - Failure to report**
**CONDITION: 4a   Report   Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer.  Parolee further shall submit urinalysis or other tests for**

DATE: 06/09/2021

Page 2 of 4

PAROLEE INITIALS: _____

## Complaint

State of Colorado
Parole Office Revocation Proceedings

Parole Region: SOUTHEAST

NUMBER: 231319C

CRS 17-2-103

X_ Absconder    X_ New Charge Pending    __ New Conviction    X_ Amended
PURSUANT TO COLORADO REVISED STATUTES, AS AMENDED
CRS 17-2-103    CRS-17-2-103    CRS-17-2-103
__ Summons    _X Arrest/Hold    __ Warrant Requested    __ Interstate Compact

DATE FILED WITH BOARD: 08/10/2022

HOLD DATE: 08/09/2022

THE UNDERSIGNED KNOWS OR BELIEVES AND SO ALLEGES THAT:

SHELTON, JASON - #181837 - 01/04/1983
Name-DOC NUMBER-DATE OF BIRTH

On Parole from COLORADO DEPARTMENT OF CORRECTIONS
    has violated the condition(s) of supervision as described herein

EFFECTIVE DATE: 02/17/2021

DATE ORIGINAL FILED: 06/09/2021

narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.
COUNT #1:

On 05/18/2021, SHELTON, JASON #181837 failed to report to the COS PAROLE OFFICE as directed on 05/18/2021; offender never reported after being released from el paso county. cpo confirmed with springs rescue mission o has not been staying at the address of 25 west las vegas street cos co 80903. o has never called into cwise, no current phone number and or email to attempt contact with offender. offender does not have employment. all attempts to locate offender have been exhausted, offenders whereabouts were unknown until he was contacted and arrested per cpsd on 06212021. was arrested 6/20/2021

CONDITION: 4a   Report   Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer. Parolee further shall submit urinalysis or other tests for narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.
COUNT #2:

On 06/22/2021, SHELTON, JASON #181837 failed to report to the cos parole office as directed on 06/22/2021; o was released from el paso county criminal justice center and never reported as ordered on 06/22/2021, o has no phone on file, confirmed o is not residing at address of 25 west las vegas street cos co 80903, no email on file and no means of reaching offender. all attempts have been exhausted to locate offender, whereabouts are unknown at this time.

I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY BELIEF:

_Lindsay Cascorelle_
LINDSAY CASCORELLE Parole Officer

_RK Harrington_
ROGER HARRINGTON Parole Supervisor/Designee

* SUMMONS:

(The people of the State of Colorado to the above names parolee, Greetings:

You are hereby ordered to appear before the State Board of Parole at:
        08/31/2022 08:00    El Paso County CJC - Colorado

To answer the charge(s) in the foregoing Complaint. Failure to appear is a violation or parole and cause for an arrest warrant to be issued.

I hereby certify that I read or have had read to me this Complaint/Summons and the accompanying Advisement of Rights and have received my designated copy of the same.

_____
SIGNED

Your signature is acknowledgement of receipt and your promise to appear. It is not an admission of guilt.
Refusal to sign a Summons requires an immediate arrest.

CERTIFICATE OF SERVICE: _____
        Served By                              Title                         Location Served

DISTRIBUTION:   __ Parole Officer (original material)    __ Parole Board    __ Parolee    __ Central Office/Records

Served Date: _____





# PAROLEE ADVISEMENT OF RIGHTS

Pursuant to the laws, rules, and regulations governing parolees of Colorado and Interstate Compact Parolees alleged to have violated the conditions of their parole, you are entitled to several rights and have several responsibilities during the revocation process. They are outlined in Colorado Revised Statutes and Parole Board Rules\*. Below is a listing of these rights and responsibilities, thus you are Hereby Advised of the following:

1. The Parole Board may continue your hearing to a later date for good cause.
2. The Division of Adult Parole must prove the allegations against you by a preponderance of the evidence, which means it is more likely than not that they did in fact happen.
3. At the full and final hearing, you are required to plead guilty or not guilty to the charges in the complaint.
4. You have the right to be represented by an attorney at your own expense.
    a. If you are unable to afford one, the Parole Board will determine your competency to represent yourself and in certain circumstances a Board Attorney may be appointed.
5. You have the right to testify or not in your hearing.
6. You have the right to cross-examine witnesses who testify against you.
7. You have the right to present witnesses in your defense.
8. You have the right to present evidence in your defense.
9. You have the right to examine evidence that will be presented against you.
10. You have the right to subpoena relevant witnesses to testify at the hearing.
11. You have the right to subpoena relevant evidence to be presented at the hearing.

*SOO*
*Jan-19-2023*
*Off parole*

# FELONY LAW VIOLATION PROCEDURE

If you are charged with a new felony offense, the Parole Board will exercise its authority under Colorado Revised Statute 17-2-103.5 and administratively continue your hearing for 6 months from the hold date listed on the complaint. This process makes sure that your criminal case is settled **PRIOR** to a revocation hearing being conducted. Once your criminal case has been settled (dismissal, plea, sentencing, etc.), a new hearing date will be set on the first available agenda in the county of record and your full and final revocation hearing will take place at that time.

\*Relevant statutes and rules: CRS 17-2-103 | CRS 17-22.5-404(5)(a) | CCR 1511

1



## SANCTIONS FOR GUILTY FINDINGS

If after a hearing, you are found guilty of violating the conditions of your parole, you may receive sanctions. Thus you are advised of the following maximum sanctions:

| Violation | Maximum Sanction |
|-----------|------------------|
| New Felony | Up to and including revocation for remainder |
| New Misdemeanor | Up to and including revocation for remainder |
| Technical Violation: *Poss of a Weapon* | Up to and including revocation for remainder |
| Technical Violation: *Strap Tamper* | Up to and including revocation for remainder |
| Technical Violation: *Absconding* | Up to and including revocation for remainder |
| Technical Violation: *Termination from Offense Specific Treatment* | Up to and including revocation for remainder |

I _Jason Shelton 181838_ (Name & DOC#) have read or have had read to me this advisement and I understand my rights.

_Jason Whelton_                    _6/9/22_
Parolee Signature                        Date

I _Jason Shelton_ (Name & DOC#) have been provided copies of all documentary evidence being used to support the Division of Adult Parole's revocation complaint against me.

_Jason Whelton_                    _6/9/22_
Parolee Signature                        Date

CERTIFICATE OF SERVICE: _____

Served By(Print Name)      Title      Location Served

_____

Served By(Signature)      Served Date

*Relevant statutes and rules: CRS 17-2-103 | CRS 17-22.5-404(5)(a) | CCR 1511

2

U.S. District Court of Colorado
Alfred A. Arraj Courthouse File Stamped copy +
901 - 19th Street Rm #A105 case # requested
Denver CO 80294

District Court, El Paso County Colorado
207 S. Tejon St. Colo. Sigs., CO 80903

Plaintiff(s): Jason Shelton
CJC #A0323265 2739 East Las
Vegas Street Colorado Springs CO 80906

V.

Defendant(s): Colorado Springs Police

705 S. Nevada Ave Colorado
Springs CO 80903 (719) 444-7000

↳ COURT USE ONLY ↴

Case Number:

Div:

# DISTRICT COURT COMPLAINT

Police Misconduct, Gross Negligence §1983 §1985, Brutality

On this date of ___9/5/2022___ comes the
Plaintiff(s) captioned Supra for redress of
deprivation of rights conferred by
Constitution authorized by 42 U.S.C.
§1983 et seq. Deprivision of 19th Amendment Due Process
+ §1985 Conspiracy to Obstruct Justice, Serious bodily Injury

## I. Jurisdiction:

1. Listed defendant(s) have been within
   El Paso County, Colorado.
2. All events herein occured within
   El Paso County, Colorado.
3. Damages sought as court sees fit.
4. Jurisdiction is further conferred
   by uniform declaration laws, rule 57,
   rule 65, 42 U.S.C. §1983.
5. Administrative remidies have been
   exhausted Pursuant to the Prision
   Litigation Reform Act Utilization

PAGE ONE

of the Criminal Justice Center (CJC) grievence procedure by submitting step one 6/20/21 on the date of 6/21/21 and submitting step two 6/22/21 on the date of 6/22/21.

6. Pursuant to the Colorado For Immunity Act, notice of injury has been placed upon CJC's agent of record within 70 days of notice of injury where no relief has been provided, and days have passed. CJC, CSPD, 4th Judicial Dist. Court, El Paso Sheriffs, DA + Public Defender were all notified.

II. Parties:

7 Plaintiff(s): Jason Shelton

Inmate Number(s): A0323265

2739 E. Las Vegas St. Colorado Springs, Co 80906

8. Defendant(s): Colorado Springs Police Department 705. South Nevada Ave C/S. CO 80903 is/are, at all times, associated with CJC as Colorado Springs Police Department All listed parties, at all times, act under the laws of the state of Colorado. Listed defendant(s) is/are sued in official and individual capacity.

9. Listed defendents are sued jointly and collectively.

PAGE TWO

10. Listed defendant(s) are situated within El Paso County, Colorado.

11. Listed defendant(s), under information and belief will be represented by City Attorney 224 E kiowa st C/S CO 80903 or General Attorney.

12. Certificate of Service → Exhibit A

13. Statement of Facts → Exhibit B

14. Prayer for Relief → Exhibit C

15. Affidavit in Support → Exhibit D → Parole Info & facts

WHEREFORE, Plaintiff(s) requests this honorable Court to provide relief as follows;

16. A trial by jury; and

17. Actual damages; and

18. Punitive damages; and

19. Declaration defendant(s) caused harm to plaintiff(s)

20. Plaintiff(s) costs, legal fees, and applicable fees; and

21. Any other relief this court deems reasonable, just, and proper.

VERIFICATION: Listed plaintiff(s) swear, under penalty of perjury, that the facts presented to the court are true, accurate, and correct to the best of plaintiff(s) knowledge.

Date: 1/5/2022

Name: Jason Shelton

Signature: x Jason Shelton   Doc 181837

PAGE THREE

Exhibit A
<u>Certificate of Service</u>

Intent to Sue and Copys sent to
City Attorney, Colorado Springs Police
Department, and 4th Judicial district
court by USPS Mail postage paid
on 9/7/22.

① City Attorney
   224 E Kiowa Ave
   Colorado Springs CO 80903

② Colorado Springs Police
   705 S Nevada Ave
   Colorado Springs CO 80903

③ 4th Judicial District Court
   270 South Tejon Street
   Colorado Springs CO 80903

Also Sent to County Attorney 200 S Cascade
and El Paso County Sheriffs 27 E Vernijo
Colorado Springs to show intent of lawsuits

Respectfully
Submitted

Name Jason Shelton
Date 9/7/22
Jason Whelan

prayer for relief
Pg. 2

My medical care was ignored, the misconduct was covered up to relieve these officers of liability. direct ties are made that I rant obstructed justice in the report. Also claims that I wasn't arrested until the following day. I want answers and an apology. I need future medical care and an evaluation in the meantime! I want to press criminal charges and I want the officers held accountable! I have serious PTSD fear of police and all dogs especially big dogs. I need to speak with a counselor or doctor who specialized in this field. I want continued medical care and therapy. I also want a declaration that the defendants caused me harm and beating of the entire incident. I want this to be reported to parole and lastly to be fairly compensated!

$5,000,000

Respectfully Submitted,

s/u X Jacom Whelтом

Exhibit E

File Stamped Copy + Case #
Requested

☐ County Court   ☒ District Court
El Paso County, Colorado
Court Address: 270 South Tejon Street
Colorado Springs CO 80903

Plaintiff(s)/Petitioner(s): Jason Shelton
v.

Defendant(s)/Respondent(s): Colorado Springs Police
Department

Attorney or Party Without Attorney (Name and Address):
Ben Mills
(719) 475-1235   ext.
Phone Number:              E-mail:
FAX Number: 6871          Atty. Reg. #:

District Attorney Office
105 E Vermijo
C/S CO 80903
(719) 520 6000

▲ COURT USE ONLY ▲
Case Number:

Division        Courtroom

MOTION TO   Subpoena CSPD Body Cams from
6/20/21 and police reports

Public
Defender
30 E Pike
Peak Ave
#200
/s CO
80903

For the following reasons: (cite any applicable law)
Because I was attacked by a police K-9
as an innocent by-stander while fixing my
bicycle when CSPD were chasing another suspect
from Merry Hill apartments in which police tackled me + I was cuffed!

I request the Court to: Include police reports for my arrest + reason for K-9
compel disclosure of Police Body Cam evidence
of my arrest / date of injury on 6/20/21
for this civil lawsuit filed in the El
Paso County court on this day of record.

Date: 9/5/22

s/s X Jason Whitton
Signature of ☐ Petitioner/Plaintiff or ☐ Respondent/Defendant

Include names/reports
from all officers involved
with burglary + my arrest!

2739 East Las Vegas Street
Address
Colorado Springs CO 80906
City, State and Zip Code
# A0323265 (CJC)
Telephone Number (Home)        (Work)

**CERTIFICATE OF SERVICE**
I certify that on   9/5/22   (date) a true and accurate copy of the Motion to Subpoena Body Cam
was served on the other party by:                                         evidence 6/20/21
☐ Hand Delivery, ☐ E-filed, ☐ Faxed to this number _____, or
☒ by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and
address):
To: 4th Judicial District Court
270 South Tejon Street
Colorado Springs CO 80903   s/s X Jason Whitton
☐ Petitioner/Plaintiff or ☐ Respondent/Defendant

JDF 76   R5/17   MOTION TO

NEOPOST
09/14/2022
US POSTAGE $008.70⁰
PRIORITY MAIL
UNCENSORED
INMATE MAIL
ZIP 80906
041M11284826

US District Court of Colorado
Alfred A. Arraj. Courthouse
901- 19th Street
Room A105
Denver CO 80294

Dove, Trey
Criminal Justice Center
Detention Facility
2739 E Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0339635

