If this isn't proper form please Mail
me the correct form ASAP TYVM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 8 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:22-cv-02399-GPG

(To be supplied by the court)

Jason Shelton #A0323265    Criminal Justice    , Plaintiff
Center 91 Paso County

2739 East Las Vegas St Colorado Springs CO 80906

v.

Colorado Springs Police Department

TBD Officer/K9 Unit #1 ,

TBD Officer Unkn. #2 ,

TBD Officer Unkn #3 , Defendant(s).

Jury Trial requested:
(please check one)
✓ Yes ___ No

Police Operations Center
705 S Nevada Ave
Colorado Springs CO 80903

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jason Shelton #A0323265 CJC

(Name, prisoner identification number, and complete mailing address)

2739 East Las Vegas St Colorado Springs CO 80906

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
✓ Other: (*Please explain*) Unlawful Parole Revocation

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado Springs Police Department

(Name, job title, and complete mailing address)

705 S Nevada Ave Colorado Springs CO 80903

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

K-9 officer who was fired for Misconduct + gross negligence loosed dog into public causing serious injury via attack on bystander/plaintiff

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: _Unkn TBD Officer CSPD_
(Name, job title, and complete mailing address)

_705 S Nevada Ave Colorado Springs CO 80903_

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

_Assisted in §1985 /§1983 deprivision +_
_Conspiracy to obstruct justice_

Defendant 2 is being sued in his/her ✔ individual and/or ✔ official capacity.

Defendant 3: _Unkn TBD Officer CSPD_
(Name, job title, and complete mailing address)

_705 S Nevada Ave Colorado Springs CO 80983_

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ___ ✔ Yes ___ No (*check one*). Briefly explain:

_Assisted in §1985 /§1983 deprivision +_
_Conspiracy to obstruct justice_

Defendant 3 is being sued in his/her ✔ individual and/or ✔ official capacity.


## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✔ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
(federal defendants)

✔ Other: (*please identify*) _Monell Claim, brutality,_
_Gross Negligence, misconduct, excessive_
_Force, Assault w/ serious bodily injury_

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Attacked on 6/20/21 by k-9 Officer + pulled into traffic and ran over by

Supporting facts: a car

3 CSPD officers were pursuing another suspect who got away. I was a bystander who the k-9 unit the officer loosed in a violation of policy + procedure into a public area while the suspect they were chasing posed no threat and/or wasn't resisting or concealed. No warning on loosed k-9. The dog veered off from the suspect and attacked me while I was minding my business. I was dragged into traffic pinned by the officers, arm chewed up + legs ran over by a car. I was brutally assaulted, then passed out + woke up day or two later at jail. This is failure to train monell claim, 1985 deprivision of rights, then police covered it up §1985 conspiracy to obstruct justice + charged me with a crime. See All Attached!!! Ple Assist!

**E. PREVIOUS LAWSUITS**

*Attorney @ Law Adam Frank*
*Took my case. 1133 N*
*Pensylvania St Denver CO*
*80203 (303) 800-8222*
*(303) 800 4947*

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*). *Attached*

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): *Colorado Springs Police Dept.*

Docket number and court: *22CV355*

Claims raised: *False Imprisonment Same, See Attached Malicious prosecution*

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) *Pending*

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

**F. ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

*Attorney fees!!!*
*Monell Claim / Summary Judgement*
*Actual Damages, Punitive Damages,*
*loss of wages, false imprisonment,*
*release from custody, completion of*
*parole, sealing of record, compensatory*
*damages, pain suffering, intentional*
*infliction of emotional distress, life long*
*medical care, therapy, Mental Anguish,*
*PTSD, Declaration of Injury caused + Apology*

*Hold Officers accountable retrain suspend terminate fire Charge w/crime*

## H. PLAINTIFF'S SIGNATURE *and anything else court sees just, fair and reasonable!*

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Jason W Shelton    A0323265_
(Plaintiff's signature)

_9/23/22_
(Date)

The 1983 action will naturally be suing the individual C.S.P.D. officers in there individual capacity as well as in thier official capacity for the gross negligence and will target C.S.P.D. and the officers to be named severally and jointly. A Monell claim is being demanded for the misconduct of the officers that ignored policy and procedure by releasing a dangerous animal into public with bystandards present against an un-armed suspect running whom posed no immediate threat to the officers nor was in a concealed area that constit-utes as an endangerment to them while pursuing an unarmed suspect on foot. Also for the record the suspect got away. Because of the failure to train these officers on use of deployment of a k-9 unit who can't discriminate between a guilty person vs the bystander serious bodily injury was caused due to the brutality of the attack on the plaintiff Mr Shelton. No reasonable police officer could conclude that use of a police dog in this situation was

Justified! Which resulted in the attack of a third party whom despite a warrant wasn't involved or running to even commit obstruction of justice as charged! With this being said the officers cannot claim qualified immunity what-so-ever. The attack of a 3rd party bystander whom was fixing his bycycle will be proven by a jury of our peers that he suffered infectional and emotional distress by the officers to be named actions inflicting excessive force and injury extremely traumatizing to the plaintiff Mr Shelton. Gross negligence was both the fact that mr. Sheltons arm was permanantly injured by the dog and badly chewed up. Then theres the permant damage caused to his legs and feet from the vehicle running him over as the k9 dragged him into the street while the two soon to be named male CSPD officers pinned him down knees in his back ripping the k9 off him while the female officer watched and the car ran

him over! Federal rule of criminal procedure states that Rule 56 entitles plaintiff to be approved for a motion for summary Judgement if theres no dispute to material fact which is on body and leg cause and will be undisputable because there is a genuine need for trial. The evidence will prove in the light most favorable to Shelton because violation of the policy disregarded is the moving force behind the injury; This is a constitutional violation.

Marcini v. city of Indianapolis 2018 U.S. Dist. Lexis 167575 This is all deliberate indifference as a matter of law! This shall award the 1983/1985/Monell Claim/Summary Judgement

Demand for Motion of Summary Judgement
Demand for Monell Claim

My medical care was ignored, the misconduct was covered up to relieve these officers of liability. direct lies are made that I rant obstructed justice in the report. Also claims that I wasn't arrested until the following day. I want answers and an apology. I need future medical care and an evaluation in the meantime! I want to press criminal charges and I want the officers held accountable! I have serious PTSD fear of police and all dogs especially big dogs. I need to speak with a counselor or doctor who specialized in this field. I want continued medical care and therapy. I also want a declaration that the defendants caused me harm and beating of the entire incident. I want this to be reported to parole and lastly to be fairly compensated!

Respectfully Submitted,
s/u X Jason Whitman

In order for an investigatory stop to be valid under a persons constitutional rights ① there must be articulatable and specific basis in fact for suspecting that criminal activity has taken place is in progress, or is about to occur ② the purpose of the intrusion must be reasonable ③ and scope and character of the intrusion must be reasonably related to it's purpose. People V. Dixon (Colo. 2000)

In determining whether there was reasonable suspician necessary for the investigatory stop. In determining whether reasonable suspicion exists, we must look to the totality of circumstances. The facts known to the officers immediatly prior to the intrusion are of critical importance. People V. Rodriguez (Colo. App. 1992)

Must believe (a reasonable person) a prudent man's belief that person is committing or has committed a crime. Criminal Activity must be afoot. Thorne V. Pickerill 2021 U.S. Dist Lexus 198101

The warrant and possession found during the invasive stop violated constitutional rights and therefore are/is inadmissable evidence and must be suppressed. Warrant found after the fact falls under the Attenuative taint of fruit of the poisonous tree. Doctrine

Attenuative taint = warrant/possession found only after the illegal/unconstitutional stop which results in

Misconduct
Gross Negligence

Prisoner Complaint

§1983
    Deprivision of Rights
    False Imprisonment
    Malicious Prosecution

§1985
    Conspiracy to Obstruct Justice

Because of Unconstitutional
Arrest, illegal Search and
siezure.

False Imprison directly derives
from kidnapping and illegal search
and siezure is Robbery. Being Attacked
by K-9 is Excessive force Police Brutality.

Jason Shelton
# A0323265
Criminal Justice Center
2739 E Las Vegas St
Colorado Springs CO 80906

Police Report
21-22491

Sun build-up date
Off Parole

8/31/22

Notice of intent to bring lawsuit against El Paso County Sheriffs, and Colorado Springs Police, Wellpath llc, Criminal Justice Center.

To the County Attorney 200 S Cascade Ave Colorado Springs CO 80903, to City Attorney, To Colorado Springs Police, Internal Affairs, El Paso Sheriff County

On 6/20/2021 I was out riding my bike when my chain came loose. I stopped on galley just west of academy to fix my bicycle. I heard some comotion coming from the apartments called Murry Hill. A man wearing dark clothes, carrying some sort of brown package that was blocking his face was running in my direction crossing four lanes of traffic and as he passed me the next thing I know is I'm being tugged and dragged off my bike into galley against oncoming traffic. I at this point panicking and I'm screaming because a police k-9 unit german shepard is latched onto my arm and I'm in pain with cars coming at me!

Notice of Fort Pmfaisy
I had both on mill side, mind bound 3510 Gorey rd.
The two mind bound
115 they hold me detain 3u1 me was wright cop hits me panover Both legs cop ward Be Witness
my 15505 seas ur
Peas-mcf.

Page 1.

The female CSPD officer who told the suspect to Freeze who got away watched as two male CSPD officers pinned me down with knees in my back in the middle of the street while they attempted to pull the dog / k-9 unit off my arm a car runs my legs over...

I soiled myself and can't remember nothing after this or how I get to medical care until I woke up in the hole in the Criminal Justice Center because I went into shock from the pain and traumatic experience! It says on my parole document in the police report that it was later determined that I had nothing to do with the suspect who was being pursued by CSPD from the apartments.

I had not committed nor was in the process of committing a crime at all and I also never ran from the police. I was stopped, straddling my bike working on fixing the chain,

and was simply in the wrong place at the wrong time... I was actually charged with a parole violation for this for obstruction of justice and now have major PSTO and nerve damage.

I am sending copies of this to internal affairs at CSPD police operation center to get the names of the officers involved, to acquire the police reports for the other incident and the body cams. This injustice needs to be fully-investigated and all parties are responsible for civil damages and the misconduct that resulted in gross negligence as well as serious bodily injury!

I will also be using this letter to inform, show intent, and request records for investigatory purposes for lawsuits against El Paso County Sheriffs as well as Welpathlic for ignoring my medical injuries!

Respectfully, Robert Reed

| | |
|---|---|
| District Court, El Paso County Colorado 207 S. Tejon St. Colo. Sprs., CO 80903 | DATE FILED: September 9, 2022 FILED IN THE DISTRICT... OF ... COUNTY CO... EL PASO COUNTY, COLORADO |
| Plaintiff(s): Jason Shelton CJC # A0323265 2739 East Las Vegas Street Colorado Springs CO 80903 | SEP 09 2022 SHERI KING 4 COURT USE ONLY 4 |
| v. | |
| Defendant(s): Colorado Springs Police 705 S. Nevada Ave Colorado Springs CO 80903 (719) 444-7000 | Case Number: 22C V356 |
| | Div: 7 |

# DISTRICT COURT COMPLAINT

Police Misconduct, Gross Negligence §1983 §1985, Brutality

On this date of 9/5/2022 comes the Plaintiff(s) captioned supra for redress of deprivation of rights conferred by Constitution authorized by 42 U.S.C. §1983 et seq. Deprivision of 14th Amendment Due Process + §1985 Conspiracy to Obstruct Justice, Serious bodily Injury

## I. Jurisdiction:

1. Listed defendant(s) have been within El Paso County, Colorado.

2. All events herein occured within El Paso County, Colorado.

3. Damages sought as court sees fit.

4. Jurisdiction is further conferred by uniform declaration laws, rule 57, rule 65, 42 U.S.C. §1983.

5. Administrative remidies have been exhausted pursuant to the Prision Litigation Reform Act. Utilization

of the Criminal Justice Center (CJC) grievance procedure by submitting step one 6/20/21 on the date of 6/21/21 and submitting step two 6/22/21 on the date of 6/22/21.

6. Pursuant to the Colorado for Immunity Act, notice of injury has been placed upon CJC's agent of record within 70 days of notice of injury where no relief has been provided, and ___ days have passed. CJC, CSPD, 4th Judicial Dist. Court, El Paso Sheriffs, DA + Public Defender were all notified.

II. Parties:

7. Plaintiff(s): Jason Shelton

Inmate Number(s): A0323265

2739 E. Las Vegas St. Colorado Springs, Co 80906

8. Defendant(s): Colorado Springs Police Department

705 South Nevada Ave C/S CO 80903

is/are, at all times, associated with CJC as Colorado Springs Police Department. All listed parties, at all times, act under the laws of the state of Colorado. Listed defendant(s) is/are sued in official and individual capacity.

9. Listed defendents are sued jointly and collectively.

10. Listed defendant(s) are situated within El Paso County, Colorado.

11. Listed defendant(s), under information and belief will be represented by City Attorney 224 E Kiowa St C/S CO 80903 ~~or General Attorney.~~

12. Certificate of Service → Exhibit A

13. Statement of Facts → Exhibit B

14. Prayer for Relief → Exhibit C

15. Affidavit in Support → Exhibit D → Parole Info & Facts

WHEREFORE, Plaintiff(s) requests this honorable court to provide relief as follows;

16. A trial by jury; and

17. Actual damages; and

18. Punitive damages; and

19. Declaration defendant(s) caused harm to plaintiff(s)

20. Plaintiff(s) costs, legal fees, and applicable fees; and

21. Any other relief this court deems reasonable, just, and proper.

VERIFICATION: Listed plaintiff(s) swear, under penalty of perjury, that the facts presented to the court are true, accurate, and correct to the best of plaintiff(s) knowledge.

Date: 1/5/2022

Name: Jason Shelton

Signature: x Jason Shelton    Doc 181837

Exhibit A
## Certificate of Service
DATE FILED: September 9, 2022

Intent to Sue and Copys sent to
City Attorney, Colorado Springs Police
Department, and 4th Judicial district
Court by USPS Mail postage paid
on 9/7/22.

① City Attorney
   224 E Kiowa Ave
   Colorado Springs CO 80903

② Colorado Springs Police
   705 S Nevada Ave
   Colorado Springs CO 80903

③ 4th Judicial District Court
   270 South Tejon Street
   Colorado Springs CO 80903

Also Sent to County Attorney 200 S Cascade
and El Paso County Sheriffs 27 E Vermijo
Colorado Springs to show intent of lawsuit

Respectfully
Submitted

Name Jason Shelton
Date 9/7/22
Jason Shelton

Jason Shelton
# A0323266

Criminal Justice Center
2739 E Las Vegas St
Colorado Springs CO 80906

Exhibit 5
Statement of
facts    8/31/22

Notice of intent to bring Lawsuit against
El Paso County Sheriffs, and Colorado Springs Police
Wellpath llc, Criminal Justice Center.

To the County Attorney 200 S Cascade Ave
Colorado Springs CO 80903, to City Attorney
To Colorado Springs Police, Internal Affairs, El Paso Sherrif County.

On 6/20/2021 I was out riding my
bike when my chain came loose. I stopped
on galley just west of academy to fix
my bicycle. I heard some comotion
coming from the apartments called
Murry Hill. A man wearing dark clothes,
carrying some sort of brown package
that was blocking his face was running
in my direction crossing four lanes of
traffic and as he passed me the next
thing I know is I'm being tugged
and dragged off my bike into galley
against oncoming traffic. I at this
point panicking and I'm screaming because
a police k-9 unit german shepard
is latched onto my arm and I'm in
pain with cars coming at me!

**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED September 9, 2022

| | |
|---|---|
| District Court _El Paso_ County, Colorado<br>Court Address: _270 South Tejon Street_<br>_Colorado Springs CO 80903_<br><br>Plaintiff(s): _Jason Shelton_<br>v.<br>Defendant(s): _Colorado Springs Police_ | FILED IN THE DISTRICT AND<br>COUNTER 09 2022<br>EL PASO COUN., COLORADO<br><br>SHERI KING<br>CLERK OF COURT<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number:<br>FAX Number:  E-mail:<br>  Atty. Reg. #: | Case Number:<br><br>**22CV355** 5<br><br>**DIV.** _7_ |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,**
**COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**
**AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☑ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: ___9/5/22___

___s/n × Jacom Whelom___
**Signature of Party**

Date: _____

_____
**Signature of Attorney for Party (if any)_____**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

State of Colorado
Parole Office Revocation Proceedings

**Complaint**

CRS 17-2-103

X_ Absconder    X_ New Charge Pending    __ New Conviction    X_ Amended
PURSUANT TO COLORADO REVISED STATUTES, AS AMENDED
CRS 17-2-103    CRS-17-2-103    CRS-17-2-103
__ Summons    _X Arrest/Hold    __ Warrant Requested    __ Interstate Compact

DATE FILED WITH BOARD: 08/10/2022

HOLD DATE: 08/09/2022

THE UNDERSIGNED KNOWS OR BELIEVES AND SO ALLEGES THAT:

SHELTON, JASON - #181837 - 01/04/1983
Name-DOC NUMBER-DATE OF BIRTH
On Parole from COLORADO DEPARTMENT OF CORRECTIONS
    has violated the condition(s) of supervision as described herein

EFFECTIVE DATE: 02/17/2022

DATE ORIGINAL FILED: 06/09/2021

**Violation: Residence-Changing without notice or permission**
CONDITION: 2b  Residence  Parolee shall establish a residence of record and shall reside at such residence in fact and on record. Parolee shall not change his/her residence without giving prior notification to his/her Community Parole Officer, and shall not leave the state paroled to without permission of the Community Parole Officer.
COUNT #1:

On 05/18/2021, SHELTON, JASON #181837 changed his/her residence of record without giving prior notification to his/her Community Parole Officer; offender changed his claimed residence of record 25 west las vegas street cos co 80903, offender has never stayed at this listed residence. confirmed through staff at the springs rescue mission homeless shelter. o has never called into cwise, no current phone number and or email to attempt contact with offender. offender does not have employment. all attempts to locate offender have been exhausted, offenders whereabouts were unknown until he was contacted and arrested per cpsd on 06212021.

**Violation: CWISE - 3 consecutive missed calls**
CONDITION: 3d  Conduct  Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Paroles shall follow the directives of and cooperate with the Community Parole Officer.
COUNT #1:

On 06/21/2021, SHELTON, JASON #181837 missed a third consecutive check-in call to C-WISE; offender has never completed a check in with cwise the entire term.

**Violation: Misdemeanor violations - No weapon**
CONDITION: 3c  Conduct  Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Paroles shall follow the directives of and cooperate with the Community Parole Officer.
COUNT #1:

On 04/01/2021, SHELTON, JASON, #181837 at N Nevada Ave and E Dale St, Colorado Springs, Colorado committed the crime of Controlled Sub-poss Sch I/ii/iii/iv/v C.R.S. 18-18-403.5(1),(2),(C) Case#2021M2780, a misdemeanor not involving a weapon; On 04/01/2021 CSPD Officers found Mr. Shelton to be in possession of 2.44 grams of methamphetamines. This charge is a drug misdemeanor class 1.

CONDITION: 3c  Conduct  Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Paroles shall follow the directives of and cooperate with the Community Parole Officer.
COUNT #2:

On 04/01/2021, SHELTON, JASON, #181837 at N Nevada Ave and E Dale St, Colorado Springs, Colorado committed the crime of Obstructing A Peace Officer C.R.S. 18-18-104(1)(a) Case #2021M2780, a misdemeanor not involving a weapon; On 04/01/2021 CSPD Officers attempted to conduct an investigatory stop on Mr. Shelton. As Officers directed Mr. Shelton to stop, he began to run from officers. This charge is a class 2 misdemeanor.

CONDITION: 3c  Conduct  Parolee shall obey all State/Federal laws and Municipal ordinances and conduct himself or herself as a law-abiding citizen.  Paroles shall follow the directives of and cooperate with the Community Parole Officer.
COUNT #3:

*[handwritten: This is all a lie. Bug from the cops I was on the other side of the 4 lanes of traffic]*

On 06/20/2021, SHELTON, JASON, #181837 at 3510 Galley RD, Colorado Springs, Colorado committed the crime of Obstructing A Peace Officer C.R.S. 18-8-104(1)(a) Case #2021M4311, a misdemeanor not involving a weapon; CSPD had responded to a burglary in progress call at a commercial building. As they arrived Mr. Shelton was seen running from the building. Officer pursued Mr. Shelton as he continued to run from officers and then utilized a bike to get away from officers. Officers utilized a K9 unit to apprehend Mr. Shelton. After contact was made with Mr. Shelton, it was determined he was not apart of the burglary but was running due to having a felony failure to appear warrant.

*[handwritten: Drage into traffic Bug Then he cut that ran over Bug A wight car wight car is witness it was pull over]*

**Violation: Report - Failure to report**
CONDITION: 4a  Report  Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer.  Parolee further shall submit urinalysis or other tests for

State of Colorado
Parole Office Revocation Proceedings

**Complaint**

Parole Region: SOUTHEAST

NUMBER: 231319C

X_ Absconder    X_ New Charge Pending    __ New Conviction   X_ Amended

CRS 17-2-103

PURSUANT TO COLORADO REVISED STATUTES, AS AMENDED
CRS 17-2-103    CRS 17-2-103    CRS 17-2-103
__ Summons    _X Arrest/Hold    __ Warrant Requested    __ Interstate Compact

DATE FILED WITH BOARD: 08/10/2022

HOLD DATE: 08/09/2022

THE UNDERSIGNED KNOWS OR BELIEVES AND SO ALLEGES THAT:

SHELTON, JASON - #181837 - 01/04/1983
Name-DOC NUMBER-DATE OF BIRTH
On Parole from COLORADO DEPARTMENT OF CORRECTIONS

has violated the condition(s) of supervision as described herein

EFFECTIVE DATE: 02/17/2021

DATE ORIGINAL FILED: 06/09/2021

narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.
COUNT #1:

On 05/18/2021, SHELTON, JASON #181837 failed to report to the COS PAROLE OFFICE as directed on 05/18/2021; offender never reported after being released from el paso county. cpo confirmed with springs rescue mission o has not been staying at the address of 25 west las vegas street cos co 80903. o has never called into cwise, no current phone number and or email to attempt contact with offender. offender does not have employment. all attempts to locate offender have been exhausted, offenders whereabouts were unknown until he was contacted and arrested per cpsd on 06212021. *was arrested 6/20/1XXX*

CONDITION: 4a  Report   Parolee shall make written, and in person, reports as directed by the Community Parole Officer; and shall permit visits to his/her place of residence as required by the Community Parole Officer. Parolee further shall submit urinalysis or other tests for narcotics or chemical agents upon the request of the Community Parole Officer, and may be required to pay for all tests.
COUNT #2:

On 06/22/2021, SHELTON, JASON #181837 failed to report to the cos parole office as directed on 06/22/2021; o was released from el paso county criminal justice center and never reported as ordered on 06/22/2021, o has no phone on file, confirmed o is not residing at address of 25 west las vegas street cos co 80903, no email on file and no means of reaching offender. all attempts have been exhausted to locate offender, whereabouts are unknown at this time.

I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY BELIEF:

*Lindsay Cascorelle*
LINDSAY CASCORELLE Parole Officer

*RK Harrington*
ROGER HARRINGTON Parole Supervisor/Designee

* SUMMONS:

(The people of the State of Colorado to the above names parolee, Greetings:

You are hereby ordered to appear before the State Board of Parole at:
08/31/2022 08:00    El Paso County CJC - Colorado

To answer the charge(s) in the foregoing Complaint. Failure to appear is a violation or parole and cause for an arrest warrant to be issued.

I hereby certify that I read or have had read to me this Complaint/Summons and the accompanying Advisement of Rights and have received my designated copy of the same.

SIGNED _____

Your signature is acknowledgement of receipt and your promise to appear. It is not an admission of guilt.
Refusal to sign a Summons requires an immediate arrest.

CERTIFICATE OF SERVICE:
Served By _____    Title _____    Location Served _____

DISTRIBUTION: __ Parole Officer (original material)    __ Parole Board    __ Parolee    __ Central Office/Records

Served Date: _____





# PAROLEE ADVISEMENT OF RIGHTS

Pursuant to the laws, rules, and regulations governing parolees of Colorado and Interstate Compact Parolees alleged to have violated the conditions of their parole, you are entitled to several rights and have several responsibilities during the revocation process. They are outlined in Colorado Revised Statutes and Parole Board Rules\*. Below is a listing of these rights and responsibilities, thus you are Hereby Advised of the following:

1. The Parole Board may continue your hearing to a later date for good cause.
2. The Division of Adult Parole must prove the allegations against you by a preponderance of the evidence, which means it is more likely than not that they did in fact happen.
3. At the full and final hearing, you are required to plead guilty or not guilty to the charges in the complaint.
4. You have the right to be represented by an attorney at your own expense.
   a. If you are unable to afford one, the Parole Board will determine your competency to represent yourself and in certain circumstances a Board Attorney may be appointed.
5. You have the right to testify or not in your hearing.
6. You have the right to cross-examine witnesses who testify against you.
7. You have the right to present witnesses in your defense.
8. You have the right to present evidence in your defense.
9. You have the right to examine evidence that will be presented against you.
10. You have the right to subpoena relevant witnesses to testify at the hearing.
11. You have the right to subpoena relevant evidence to be presented at the hearing.

## FELONY LAW VIOLATION PROCEDURE

If you are charged with a new felony offense, the Parole Board will exercise its authority under Colorado Revised Statute 17-2-103.5 and administratively continue your hearing for 6 months from the hold date listed on the complaint. This process makes sure that your criminal case is settled **PRIOR** to a revocation hearing being conducted. Once your criminal case has been settled (dismissal, plea, sentencing, etc.), a new hearing date will be set on the first available agenda in the county of record and your full and final revocation hearing will take place at that time.

\*Relevant statutes and rules: CRS 17-2-103 | CRS 17-22.5-404(5)(a) | CCR 1511

1



## SANCTIONS FOR GUILTY FINDINGS

If after a hearing, you are found guilty of violating the conditions of your parole, you may receive sanctions. Thus you are advised of the following maximum sanctions:

| Violation | Maximum Sanction |
|---|---|
| New Felony | Up to and including revocation for remainder |
| New Misdemeanor | Up to and including revocation for remainder |
| Technical Violation: *Poss of a Weapon* | Up to and including revocation for remainder |
| Technical Violation: *Strap Tamper* | Up to and including revocation for remainder |
| Technical Violation: *Absconding* | Up to and including revocation for remainder |
| Technical Violation: *Termination from Offense Specific Treatment* | Up to and including revocation for remainder |

I _Jason Shelton_ *18/838* (Name & DOC#) have read or have had read to me this advisement and I understand my rights.

_Jason Whelton_    6/9/22
Parolee Signature     Date

I _Jason Shelton_ (Name & DOC#) have been provided copies of all documentary evidence being used to support the Division of Adult Parole's revocation complaint against me.

_Jason Whelton_    6/9/22
Parolee Signature     Date

CERTIFICATE OF SERVICE: _____

       Served By(Print Name)      Title     Location Served

_____

       Served By(Signature)          Served Date

*Relevant statutes and rules: CRS 17-2-103 | CRS 17-22.5-404(5)(a) | CCR 1511

2

Shelton was a bystander

Excessive force

No reasonable police officer could conclude that use of a police dog against a non-threatening third party other than the suspect.

Monell Claim

42 U.S.C. 1983 Brutality
1983 Congress objection
Motion for Summary Judgement
is to prove the pleadings and to access the proof in order to see whether there is a genuine need for trial.

Gross Negligence

Cannot - Qualified Immunity

Police should be concerned when they release a k9 unit to innocent bystanders

4th Amendment violation guarantees
Unleashing dog in public to attack unarmed suspect is proof.

Federal Rule of Criminal Procedure
56 Summary Judgement is appropriate if there is no genuine issue to material fact and moving party is entitled to a judgement as a matter of law.

In order to prove 1983

Monell Claim → Summary Judge

Intentional infliction of emotional distress

Will grant summary judgement

The disputed evidence considered in the light most favorable to of Summary

Shelton. The Policy is the moving force behind constitutional violation.

Citizens to the right to be secured to their persons against unreasonable seizures. City's failure to train, adequately and supervise their officers. Officers didn't perform their duties reasonably, totality of circumstances must be considered that Shelton was not involved with the crime that was being committed. Monell Claim Constitution, Violation of City Policy. Excessive to use a dog to apprehend

Mancini v. City of Indianapolis
2018 U.S. Dist. Lexis 167575

A suspect when not armed or dangerous in public that remains Must believe that suspect poses immediate threat of violence to individual is physically resisting or believed to concealed in area that endangers officers. Police dog cannot discriminate between a criminal and innocent person. Dilibrate indifference to plaintiffs rights.

Cops cams Don't lie right

Jason Wade Shelton
A0323265
21-22491
Police report

They Attacked me with A 49 unit
And got me Ran over Buy wnight car
stopped whight car would Be Witness They

To                    Im on The mall side The Tim.

Date of EVent 6-20-2021    on This Date They Stated
That They Sun me running from commercial Building
That was A lie. Hnow were near The Building
They Stated That I They Seed That officer's pursued
Me Thats A lie... "Not me It was someone elas
They Said That Mr shelton continued To Ren from officer lie
IV Bean on A Bike This hole Time on The Side
The mall is on The hole Time !!! I had This Bike
Cops cams Dont lie
#4 mile Back my Statment Is True And copscamsdonttlie
They Stated I utilized A Bike That A lie cops
cams Don't lie Stret cams Don't ether. I had my
Bike The hole Time I was Never on foot running.
And now here were It gets funny
Well When I comeing Across Academy on Galley Im
on The side of The Stret The Mall is on
They Stated That Mr shelton was runing Due To The fact
had Failur Appar Warrant Bull lie I Did not know
what was going on But It was Determined That
mister Mr shelton was not Apart of The Burglary
That That Is my Intecents And was not ruming
from Them But This is crazy right here. Im
stateing Im on The mall side Dureing This hole
Thing. Im on my Bike mall side chain most up
Im fixing It When I hear A comotion And
Then I See A Guy running form Building And Lady
cop Behind him She Sead freez To her SuspRet →

Im on The Side The mall is on The hole Time
I Did See Them lose Them
And cops cams Dont lie
would have It
The Street cams

The Guy run Across Four lanes of traffic
were Im At And They lost Their Suspect
And Than I saw The next Thing I know Im
Being Draged off my Bike Buy A police K9 Dog
And Its polling me In Too oncoming Traffic.
and Im Screaming for my life And Than here comes
a nother cop And he puts his Knees In My Back
And The next Thing I know Is I got hit
And for ran over ran over Buy A whight car.
The whight car would Be A witness They polled
It over I Do have law suit going And Need
help It would Be worth It Too you I
Need Profesnal help

my wife can Tell you
what happin as well
her Number is
Amanda & 719-440-0856
I was inticent Buy Standered Im needing
help And Soon as I got The 3 misterminnors
Took care of They will lift my parle hold I
Need To go Back To work I work for A
Hir B.B couple Anita And Russ Im a contracter
painter And Dry waller And construcion wordler.
Im needing help. Please help.
They lied About everthing

# Other Orders/Judgments

1:22-cv-02399-GPG Shelton v. Colorado Springs Police Department

CC Filer,JD4,PCR,PS2

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/16/2022 at 4:44 PM MDT and filed on 9/16/2022

**Case Name:** Shelton v. Colorado Springs Police Department
**Case Number:** 1:22-cv-02399-GPG
**Filer:**
**Document Number:** 4

Docket Text:
**ORDER Directing Plaintiff to Cure Deficiencies. ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. If Plaintiff fails to cure all of the designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice, by Magistrate Judge Gordon P. Gallagher on 09/16/2022. (Copies mailed as directed.) (sapod, )**

**1:22-cv-02399-GPG Notice has been electronically mailed to:**

**1:22-cv-02399-GPG Notice has been mailed by the filer to:**

Jason Shelton
#A0323265
El Paso County Criminal Justice Center
2739 East Las Vegas Street
Colorado Springs, CO 80906

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=9/16/2022] [FileNumber=8800765-0
] [1a6de7f7adfb1ebe2959645f497a10cdc84948e2734c0ec7c69b6b7b9cdecd8bcdb
4d397c8c3f2cfe9e54f9c6e81d6d2860943460a4849b80d96924e5560676e]]

*File Stamped Copy + Case #*
*requested*

| | |
|---|---|
| ☐ County Court  ☒ District Court | |
| El Paso County, Colorado | |
| Court Address: 270 South Tejon Street | |
| Colorado Springs CO 80903 | |
| Plaintiff(s)/Petitioner(s): Jason Shelton | |
| v. | **▲ COURT USE ONLY ▲** |
| Defendant(s)/Respondent(s): Colorado Springs Police | |
| Attorney or Party Without Attorney (Name and Address) | Case Number: 21-22941 |

Public Defender
00 E Pike Peak Ave
#200
113 CO
80903

Ben Mills
(319) 475-1235
Phone Number: ext.
FAX Number: 6871

District Attorney Office
105 E vermijo
C/S CO 80903
E-mail:
Atty. Reg. #: (719) 520 6000

22 CV 355

Police Report # CSPD

Division ☒ Courtroom

**MOTION TO** Subpoena CSPD Body Cams from 6/20/21 and police reports

For the following reasons: (cite any applicable law)

Because I was attacked by a police k-9 as an innocent by-stander while fixing my bycycle when CSPD were chasing another suspect from Merry Hill apartments in which police tackled me + I was ran over!

I request the Court to: Include police reports for my arrest + reason for k-9 compell disclosure of Police Body Cam evidence of my arrest / date of injury on 6/20/21 for this civil lawsuit filed in the El Paso County court on this day of record.

Date: 9/5/22

Include names/reports from all officers involved with burglary + my arrest!

s/n X Jason Whellon
Signature of ☐ Petitioner/Plaintiff or ☒ Respondent/Defendant
Address: 2739 East Las Vegas Street
City, State and Zip Code: Colorado Springs CO 80906
Telephone Number (Home): #A03232C5 (CJC)
(Work)

**CERTIFICATE OF SERVICE**

I certify that on 9/5/22 (date) a true and accurate copy of the Motion to Subpoena Body Cam evidence 6/20/21 was served on the other party by:
☐ Hand Delivery, ☐ E-filed, ☐ Faxed to this number _____, or
☒ by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address):

To: 4th Judicial District Court
270 South Tejon Street
Colorado Springs CO 80903   s/n X Jason Whellon
☐ Petitioner/Plaintiff or ☒ Respondent/Defendant

JDF 76   R5/17   MOTION TO

Schiffner Alexander

**Criminal Justice Center**
Detention Facility
**2739 E. Las Vegas Street**
**Colorado Springs, CO 80906**

**LEGAL MAIL**

No310060

Official Business

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St... Room A105
Denver CO 80294-3589

NEOPOST          FIRST-CLASS MAIL
09/26/2022
US POSTAGE $002.40⁰
ZIP 80906
041M11284826

UNCENSORED
INMATE MAIL

